IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

        v.                                  Case No. 13-cr-84-jdp

SINOVEL WIND GROUP CO., LTD.,
            Defendant.

NOTICE REGARDING RESTITUTION AND FINE
PAYMENT OR ESCROW AT SENTENCING

The United States provides notice to the Court and to the defendant that it will request the Court to require Sinovel to pay the entire amount of restitution and fine upon sentencing. Further, should Sinovel appeal, the United States will ask the Court to direct Sinovel to deposit the entire restitution and fine with the Clerk of Court pending the outcome of the appeal. Fed. R. Crim. P. 38(c)(1) and (e)(2)(C).

Sinovel committed the crimes seven years ago. American Superconductor and secondary victims of Sinovel's crimes deserve both restitution and certainty that restitution will be paid. Although loss and restitution will be litigated at sentencing, because the anticipated amounts are large—the total losses reflected in Government Exhibit 15P is $915,800,000—Sinovel should begin ordering its financial affairs now so that it can pay the entire restitution and fine on June 4, 2018 to either the victims or the Clerk of Court pending appeal.

Respectfully submitted,

SCOTT C. BLADER
United States Attorney

By: /s/
_____

TIMOTHY M. O'SHEA
Assistant United States Attorney

BRIAN L. LEVINE
Special Assistant United States Attorney
Senior Counsel, Department of Justice

DARREN C. HALVERSON
Assistant United States Attorney